**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Father Chris Collins, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 4:17-cv-01934-RLW (consolidated) |
| Doe Run Resources Corporation, et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF SACB'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

COME NOW Plaintiff SACB, by and through undersigned counsel, hereby submits Plaintiff SACB's Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

WHEREFORE, Counsel respectfully requests that the Court enter an Order dismissing SACB with prejudice and for such other and further relief as the court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**GORI LAW FIRM, P.C.**

By: /s/ D. Todd Mathews
D. Todd Mathews, MO Bar 52502
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorilaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 6, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing upon counsel of record.

Dated: May 6, 2021

_____/s/ Patrick J. Lanciotti_________