**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Father Chris Collins, et al., Plaintiffs, v. Doe Run Resources Corporation, et al., Defendants. | ) | No. 4:17-cv-01934-RLW (consolidated) AND 4:19 CV 839 RWS |

So Ordered
[signature] 5/10/2021

**PLAINTIFF SACB'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO <u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)</u>**

COME NOW Plaintiff SACB, by and through undersigned counsel, hereby submits Plaintiff SACB's Notice of Voluntary Dismissal with Prejudice pursuant to <u>Fed. R. Civ. P. 41(a)(2)</u>.

WHEREFORE, Counsel respectfully requests that the Court enter an Order dismissing SACB with prejudice and for such other and further relief as the court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK PLLC**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**GORI LAW FIRM, P.C.**

By: /s/ D. Todd Mathews
D. Todd Mathews, MO Bar 52502
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
todd@gorilaw.com